# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Cataulin, et al

V.

AMENDED JUDGMENT IN A CIVIL CASE

Washington Mutual Bank, SFB et al

CASE NUMBER:   08cv2419-JM(NLS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaza's Motion for Judgment on the Pleadings is granted. Accordingly, Plaintiffs' claim for negligent infliction of emotional distress against Plaza is dismissed. The court instructs the Clerk of Court to enter judgment in favor of Plaza.  The court grants the Rule 58 motion for entry of judgment as to GMAC and MERS......................................................................................................
................................................................................................................................................................

| July 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S. T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON July 14, 2009 |